UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

v.  No. _____

AN EASEMENT AND RIGHT-OF-WAY
OVER 0.45 ACRE OF LAND, MORE
OR LESS AND ADDITIONAL RIGHTS WITH
RESPECT TO AN EXISTING EASEMENT
AND RIGHT-OF-WAY OVER LAND IN
MONROE COUNTY, TENNESSEE WITH
RESPECT TO AN UNDIVIDED
68.75% INTEREST THEREIN, and
MICHAEL PHILLIPS,
RONNIE PHILLIPS,
REBECCA CHEATHAM,
Defendants.

## COMPLAINT

1. This is an action of a civil nature brought by the United States of America upon the relation and for the use of the Tennessee Valley Authority for the taking of property under the power of eminent domain and for the ascertainment and award of just compensation to the owners and parties in interest.

2. The authority for the taking is the Tennessee Valley Authority Act of 1933, *as amended*, 16 U.S.C. §§ 831 et seq.

3. The public use for which the property is taken is the erection, operation, and maintenance of electric power transmission circuits and communication circuits.

4. The property interest to be acquired are a permanent easement and right-of-way for electric power and communication circuits and additional rights with respect to those acquired under an existing easement and right-of-way.

5. The condemned property rights and the land affected thereby are described in Attachment 1 hereto attached and made a part hereof.

6. The persons known to the Plaintiff to have or may claim an interest in said property are as follows:

    a. Michael Phillips owns a 5/16 undivided interest in fee simple in said property by virtue of intestate succession and a deed recorded in Deed Book 142, page 515, in the office of the Register of Monroe County, Tennessee.

    b. Ronnie Phillips owns a 5/16 undivided interest in fee simple in said property by virtue of intestate succession and a deed recorded in Deed Book 142, page 515, in the office of the Register of Monroe County, Tennessee.

    c. Rebecca Cheatham owns a 1/16 undivided interest in fee simple in said property by virtue of intestate succession as the heir of a grantee in a deed recorded in Deed Book 142, page 515, in the office of the Register of Monroe County, Tennessee.

    d. Plaintiff owns a permanent easement and right-of-way by virtue of a grant of transmission line easement to Tennessee Power Company, dated August 12, 1919, recorded in Deed Book 18, page 208, and subsequently conveyed by the Tennessee Power Company to Tennessee Electric Power Company (TEPCO) by instrument dated July 25, 1922, recorded in Deed Book 30, page 39, then later conveyed from Tennessee Utilities Corporation (as successor in title to TEPCO) to the United States of America by instrument dated August 15, 1939, recorded in Deed Book 50, page 3, all in the office of the Register of Monroe County, Tennessee.

    e. Plaintiff owns a 5/16 undivided interest in a permanent easement and right-of-way and additional rights within its existing permanent easement and right-of-way by

virtue of a grant of transmission line easement, dated October 26, 2021, recorded in Book WD429, page 700, in the office of the Register of Monroe County, Tennessee.

   e. County taxes for 2021 are a lien on said property.

 7. A Declaration of Taking is being filed contemporaneously herewith.

WHEREFORE, the Plaintiff demands that:

(1) An Order be issued putting the Tennessee Valley Authority as agent of the United States of America into immediate possession of the property condemned.

(2) Just compensation for the property taken be ascertained in accordance with Rule 71.1(h) of the Federal Rules of Civil Procedure.

(3) A Judgment be entered confirming the vesting of title to the interests sought to be condemned in the United States of America by virtue of the Declaration of Taking filed herewith.

(4) The Plaintiff have such other relief as may be lawful and proper.

        Respectfully submitted,

        *s/James S. Chase*
        James S. Chase (TN BAR 020578)
        TVA GENERAL COUNSEL'S OFFICE
        400 West Summit Hill Drive
        Knoxville, Tennessee 37902-1401
        Telephone 865.632.4239
        Email jschase@tva.gov

        Attorney for Plaintiff

108865736