UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

v.  No. 3:22-cv-00025-CLC-DCP

AN EASEMENT AND RIGHT-OF-WAY
OVER 0.45 ACRE OF LAND, MORE
OR LESS AND ADDITIONAL RIGHTS WITH
RESPECT TO AN EXISTING EASEMENT
AND RIGHT-OF-WAY OVER LAND IN
MONROE COUNTY, TENNESSEE WITH
RESPECT TO AN UNDIVIDED
68.75% INTEREST THEREIN, and
MICHAEL PHILLIPS,
RONNIE PHILLIPS,
REBECCA CHEATHAM,
Defendants.

## ORDER DIRECTING DEPOSIT OF FUNDS

Before the Court is a motion for entry of an investment order by Plaintiff, the United States of America upon the relation and for the use of the Tennessee Valley Authority. (Doc. 5.) Plaintiff requests "pursuant to the Declaration of Taking Act, 40 U.S.C. §§ 3114-3118 (2012) (formerly codified at 40 U.S.C. §§ 258a-258e-1), for entry of an order directing the Clerk of Court to invest, in accordance with Local Rule 67.1(b), all sums tendered to the Clerk by the Plaintiff." (*Id.* at 1.) For good cause shown, the motion (Doc. 5) is **GRANTED.**

**IT IS HEREBY ORDERED t**hat the Clerk of this Court shall accept a check for $5,431.25 to be deposited pursuant to the Declaration of Taking filed in this action, and any future funds to be deposited in this action, in accordance with Local Rule 67.01 of this Court.

**IT IS ORDERED** that counsel presenting this order serve a copy thereof on the Clerk of

this Court or his Chief Deputy. Absent the aforesaid service, the Clerk is hereby relieved of personal liability relative to compliance with this order.

**IT IS FURTHER ORDERED** that all funds received shall be deposited in the Court Registry Investment System (CRIS) administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C. § 2045.

**IT IS FURTHER ORDERED** that counsel designate the name and address of the individual, or individuals, who are to receive the monies in the order of disbursement of funds. Social Security numbers shall not be included in documents to be filed but shall be provided to the Clerk's Office upon request. Corporations, associations, and all others will supply the employer identification number with the correct title and address upon request of the Clerk's office.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**