UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

v.  No. 3:22-cv-00025-CLC-DCP

AN EASEMENT AND RIGHT-OF-WAY
OVER 0.45 ACRE OF LAND, MORE
OR LESS AND ADDITIONAL RIGHTS WITH
RESPECT TO AN EXISTING EASEMENT
AND RIGHT-OF-WAY OVER LAND IN
MONROE COUNTY, TENNESSEE WITH
RESPECT TO AN UNDIVIDED
68.75% INTEREST THEREIN, and
MICHAEL PHILLIPS,
RONNIE PHILLIPS,
REBECCA CHEATHAM,
Defendants.

## AMENDED JUDGMENT AND ORDER DISBURSING FUNDS

This action is before the Court upon Plaintiff's motion to amend the judgment in which Plaintiff seeks reapportionment of the compensation award based on the reported death of Defendant Michael Phillips (Doc. 18). The Court having previously entered a Judgment and Order Disbursing Funds (Doc. 17) awarding $5,431.25 as total compensation for the property rights herein condemned, and the records showing that the $5,431.25 deposited with the registry of this Court has not been disbursed and that the disbursement of the deposited amount, plus any accrued interest thereon less the applicable registry fee, is provided for herein, hereby **GRANTS** the motion to amend judgment.

It is, therefore, **ORDERED AND ADJUDGED** that:

1. Defendants shall recover from Plaintiff $5,431.25 as full compensation for the taking of the property rights herein condemned, and Rebecca Cheatham, Ronnie Phillips, and Steven Phillips shall receive all of that amount recovered as compensation in the apportioned amounts set forth in paragraph 2.

2. The Clerk of this Court is authorized and directed to draw three checks on the funds on deposit in the registry of this Court: the first check in the amount of $1,316.67, plus any accrued interest thereon less the applicable registry fee, payable to Rebecca Cheatham; the second check in the amount of $3,291.67, plus any accrued interest thereon less the applicable registry fee payable to Ronnie Phillips, and the third check in the amount of $822.91, plus any accrued interest thereon less the applicable registry fee payable to Steven Phillips. The Clerk is also authorized and directed to mail said checks to Rebecca Cheatham, Ronnie Phillips, and Steven Phillips to such address as they may provide, in writing to the Clerk of Court in full satisfaction of this Judgment.

Any such disbursement shall be conditioned on Rebecca Cheatham, Ronnie Phillips, and Steven Phillips providing their social security numbers to the Clerk of Court and to Tennessee Valley Authority for purposes of reporting the compensation award and any interest thereon to federal taxing authorities.

3. The vesting of title in the United States of America, free of all liens, claims, and encumbrances, as evidenced by the Declaration of Taking filed herein on January 21, 2022 (Doc. 1-3), is hereby fully and finally confirmed with respect to the following-described property, said description being the same as in Attachment 1 to the Declaration of Taking filed herein (Doc. 1-4):

> Permanent easement and right-of-way, consisting of the perpetual right to enter
> and to erect, maintain, repair, rebuild, operate, and patrol lines of transmission

line structures with sufficient wires and cables for electric power circuits and communication circuits, and all necessary appurtenances, including guy wires, in, on, over, and across said right-of-way, together with the perpetual right to clear said right-of-way and keep the same clear of structures (including but not limited to flagpoles, solar panels, buildings, signboards, billboards), trees, brush, stored personal property, and fire hazards, to destroy or otherwise dispose of such trees and brush; to prevent the drilling or sinking of wells within the right-of-way; and to remove, destroy, or otherwise dispose of any trees located beyond the limits of said right-of-way which in falling could come within five feet of any line, structure, appurtenance, facility, or conductor (including structures and conductors being on and over adjacent land), the Tennessee Valley Authority to remain liable for any direct physical damage to the land and annual growing crops resulting directly from the operations of the construction and maintenance forces of its agents and employees in the erection and maintenance of or in exercising a right of ingress and egress to said transmission line structures, all upon, under, over, and across the following-described land:

TRACT NO. 4OAR-90

A strip of land located in the Third Civil District of Monroe County, State of Tennessee, as shown on a map entitled "Sweetwater – Madisonville Transmission Line Tap to Vonore, Tenn. Substation," drawing LW-8364, sheet P5D, R.0, a reduced scale copy of which is attached to the Declaration of Taking filed herein, the said strip being 100 feet wide, lying 50 feet on each side of the centerline of the transmission line location, the centerline of the location and the end boundaries of the strip being more particularly described as follows:

Beginning at a point on the centerline of the location crosses a fence line between Betty Tilley and Michael Phillips, et al., at survey station 342+81.4; thence N. 55° 30' 51" E., 397.2 feet to the line of Michael Phillips, et al., at survey station 346+78.6; the said strip being bounded on the west end by the Betty Tilly and on the east end by the line of Michael Phillips, et al.

The above-described strip of land includes the centerline of the transmission line location for a net distance 397.2 feet and containing 0.45 acre, more or less, of new right-of-way, and 0.46 acre, more or less, of preexisting right-of-way, for a total of 0.91 acre, more or less.

The coordinates, distances and directions of lines are referred to the Tennessee Coordinate System, NAD83 (2011) Horizontal Datum, NAVD88 (Geoid12A) Vertical Datum.

4. The Clerk of this Court shall furnish to Plaintiff a certified copy of this Judgment, which shall serve as a muniment of title.

**SO ORDERED**.

/s/
_____
UNITED STATES DISTRICT JUDGE
Curtis L. Collier

116089478